UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEBRA THOMPSON                              CASE NO.:  19-cv-10888
         Plaintiff(s)
                                          HON: JUDITH E. LEVY

v.

CAMPBELL SOUP COMPANY, a
New Jersey Corporation, and THE
KROGER COMPANY of MICHIGAN,
a Michigan corporation,
                  Defendant(s)

| | |
|---|---|
| CRAIG S. ROMANZI, PC | Dickinson Wright, PLLC |
| CRAIG S. ROMANZI (P45549) | Patrick B. Green (P68759) |
| Attorneys for Plaintiff(s) | Jonathan R. Secrest (OH 0075445) |
| 511 Olde Towne Rd. | Counsel for Defendant Campbell Soup |
| PO Box 80430 | 500 Woodward Ave., Suite 4000 |
| Rochester, MI  48308 | Detroit, MI  48226-3425 |
| p.     (313) 960-4600 | (313) 223-3500 |
| f.     (313) 960-4500 | pgreen@dickinsonwright.com |
| e.     craigromanzi@gmail.com | jsecrest@dickinsonwright.com |

---

**STPULATION FOR VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(A)(1)**

Plaintiff Debra Thompson ("Plaintiff") and Defendant Campbell Soup Company ("Campbell") hereby give notice of their stipulation to the voluntarily dismissal of this case, without prejudice and without costs or attorney fees assessed against any party, because the Plaintiff's Second Amended Complaint identified Kroger

Company of Michigan as the proper defendant, thereby destroying the necessary diversity of citizenship required to confer jurisdiction upon this Court.

| | |
|---|---|
| */s/ Craig S. Romanzi* | */s/ Patrick B. Green* |
| _____ | _____ |
| CRAIG S. ROMANZI (P45549) | Patrick B. Green (P68759) |
| Attorneys for Plaintiff(s) | Jonathan R. Secrest (OH 0075445) |
| 511 Olde Towne Rd. | Counsel for Defendant Campbell Soup |
| PO Box 80430 | 500 Woodward Ave., Suite 4000 |
| Rochester, MI  48308 | Detroit, MI  48226-3425 |
| p.   (313) 960-4600 | (313) 223-3500 |
| f.   (313) 960-4500 | pgreen@dickinsonwright.com |
| e.   craigromanzi@gmail.com | jsecrest@dickinsonwright.com |

Dated:  May 20, 2019